UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-23462-CIV-TURNOFF

EUGENIA ZELAYA, FERNANDO PROL,

        Plaintiffs,

v.

PAK UNITED, INC., et al

        Defendants.
_____/

## JURY NOTE

WE HAVE REACHED

A VERDICT

/s/ Jury Foreperson

Date: July 8, 2010